J-S31005-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THOMAS MICHAEL LUCAS | : | |
| | : | |
| Appellant | : | No. 1037 WDA 2018 |

Appeal from the Judgment of Sentence Entered June 7, 2018
In the Court of Common Pleas of Butler County Criminal Division at
No(s):  CP-10-SA-0000036-2018

BEFORE:  OLSON, J., STABILE, J., and McLAUGHLIN, J.

JUDGMENT ORDER BY OLSON, J.: **FILED JUNE 25, 2019**

Appellant, Thomas Michael Lucas, appeals from the judgment of sentence entered on June 7, 2018, in the Butler County Court of Common Pleas.  Appellant failed to preserve any issues for appellate review, as such, we affirm.

On June 7, 2018, Appellant pled guilty to the summary charge of driving while operating privilege is suspended or revoked.[1]  The trial court sentenced Appellant to pay the costs of prosecution, a $500.00 fine, and 60 days of house arrest with electronic monitoring.  On July 5, 2018, Appellant filed a notice of appeal.  On July 27, 2018, the trial court, in compliance with Pa.R.A.P. 1925(b), directed Appellant to file a concise statement of matters

---

[1] 75 Pa.C.S.A. § 1543(b)(1)

complained of on appeal within 21 days or risk waiver of his claims. Appellant failed to file a concise statement. Accordingly, Appellant has waived his claims.[2] See. Pa.R.A.P. 1925(b); **Commonwealth v. Lagenella**, 17 A.3d 1257, 1265 (Pa. Super. 2011), *reversed on other grounds*, 83 A.3d 94 (Pa. 2013); **Commonwealth v. Kimble**, 756 A.2d 78, 80 (Pa. Super. 2000).

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/25/2019

---

[2] Moreover, Appellant's one-page, handwritten brief fails in its entirety to comply with the Pennsylvania Rules of Appellate Procedure, including the failure to present any issues or provide any argument. **See** Pa.R.A.P. 2111, 2114-2119.